UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Case No. |
| v. | ) | 11-CR-23-JMH |
| | ) | |
| DANIEL LARIOS-VILLATORIO, | ) | |
| | ) | **MEMORANDUM OPINION & ORDER** |
| Defendant. | ) | |

\*\*\*

Defendant has timely filed a pro se Motion for Pauper Status [DE 33], properly supported by an Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis. The Court being adequately advised,

**IT IS ORDERED** that the Motion for Pauper Status [DE 33] is **GRANTED.**

This the 15th day of November, 2012.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge